UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH DUPRE | * | CIVIL ACTION NO. 07-4062 |
| | * | |
| VERSUS | * | SECTION "M" |
| | * | |
| LAPORTE, U.S.A. d/b/a | * | MAGISTRATE DIV. 4 |
| McGLOTHLIN ENTERPRISES, INC. | * | |
| and LAPORTE | * | |

\* * * * * * * *

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion of Dismissal;

**IT IS HEREBY ORDERED** that all claims asserted by and between all parties in the captioned matter be and are hereby dismissed, with prejudice, each party to pay its own costs.

New Orleans, Louisiana this __31st__ day of ____July____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

689746-1